```
          IN THE UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

| | | |
|---|---|---|
| LAUREN M. O'NEILL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO: |
| | * | 1:13-cv-00971-WSD |
| ALMECO USA, INC., | * | |
| | * | |
| Defendant. | * | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Come now the Plaintiff and the Defendant in the above-styled action, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Local Rule 41.1 of the Local Rules for the Northern District of Georgia, and file this stipulation of voluntary dismissal with prejudice. All parties shall bear their own costs and attorneys' fees.

Respectfully submitted this 25th day of April 2014.

| | |
|---|---|
| **THE REDDY LAW FIRM, P.C.** | **SEACREST, KARESH, TATE, & BICKNESE, LLP** |
| | |
| **s/K. Prabhaker Reddy** | **s/Robert H. Betts** |
| Counsel for Plaintiff | Counsel for Defendant |
| K. Prabhaker Reddy | Robert H. Betts |
| Georgia Bar No. 597320 | Georgia Bar No. 943255 |
| 1325 Satellite Blvd | 56 Perimeter Center East |
| Suite 1506 | Suite 450 |
| Suwanee, Georgia 30324 | Atlanta, GA 30346 |
| Telephone: (678) 629-3246 | Telephone: (770) 804-1800 |
| Facsimile: (678) 629-3247 | Facsimile: (770) 804-1400 |
| Email: kpr@reddylaw.net | Email: rbetts@sktblaw.com |